# EXHIBIT 3

**KEMPNER v. SOHO MEDICAL DOCTORS, PLLC et al.**

No. 3:25-cv-01883 (OAW) | Damages Analysis | As of June 8, 2026

| Category | Pay Period | Pay Date | Gross Owed | Amt Received | Shortfall | Evidence / Notes |
|---|---|---|---|---|---|---|
| **A. Fully Unpaid Pay Periods** | | | | | | |
| **Count I — CMWA** | May 7 – May 20, 2025 | May 23, 2025 | $6,153.85 | $0.00 | **$6,153.85** | No payment received; Ex. 2, ¶6(a) |
| | May 21 – June 3, 2025 | June 6, 2025 | $6,153.85 | $0.00 | **$6,153.85** | No payment received; Ex. 2, ¶6(b) |
| | June 4 – June 17, 2025 | June 20, 2025 | $6,153.85 | $0.00 | **$6,153.85** | No payment received; Ex. 2, ¶6(c) |
| | June 18 – July 1, 2025 | July 3, 2025 | $6,153.85 | $0.00 | **$6,153.85** | No payment received; Ex. 2, ¶6(d) |
| | | | | Subtotal — Fully Unpaid Periods: | $24,615.40 | |
| **B. Documented Partial Payment Periods** | | | | | | |
| **Count I — CMWA** | Apr. 23 – May 6, 2025 | May 9, 2025 | $6,153.85 | ~$4,307.70 (~70%) | **~$1,538.46** | ~30% outstanding per Asia Lefebre (HR) email chain; Ex. 2-C, ¶7 |
| | Apr. 9 – Apr. 22, 2025 | Apr. 25, 2025 | ~$5,834.00 | $5,003.08 | **~$830.92** | Webster Bank deposit $5,003.08 vs. ~$5,834.00 expected net; Ex. 2-E, ¶8 |
| | | | | Subtotal — Partial Payment Periods: | ~$2,369.38 | |
| | | | | CONFIRMED TOTAL UNPAID WAGES (A + B): | $26,984.78 | |
| **C. Liquidated Damages — Conn. Gen. Stat. § 31-72 (2× Unpaid Wages)** | | | | | | |
| **Count I — CMWA** | All unpaid periods above | — | $26,984.78 × 2 | — | **$26,984.78** | |
| **SUMMARY** | | | | | | |
| **Unpaid Wages (Count I)** | | | | | **$26,984.78** | Confirmed from documentary evidence |
| **Liquidated Damages (Count I)** | | | | | **$26,984.78** | 2× unpaid wages per § 31-72 |
| **Attorneys' Fees & Costs** | | | | | **$35,266.50** | Per § 31-72; per Exhibit 4 (fees declaration) |
| | | | TOTAL JUDGMENT (Wages + Liquidated Damages + Attorneys' Fees & Costs): | | $89,236.06 | |