UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBIN KEMPNER,<br><br>Plaintiff,<br><br>V.<br><br>SOHO MEDICAL DOCTORS, PLLC d/b/a SOHOMD, SOHO MANAGING COMPANY d/b/a SOHOMD, S2 HR SOLUTIONS 1A, LLC d/b/a ENGAGE PEO, and S2 HR SOLUTIONS 2D, LLC, ENGAGE PEO, INC., JACQUES JOSPITRE, M.D., AND EDWARD RATUSH, M.D.,<br><br>Defendants. | : | Civil Action No.<br><br>No. 3:25-cv-01883 (OAW)<br><br>August 5, 2026 |

**MOTION TO SET ASIDE THE ENTRY OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(c), Defendants Soho Medical Doctors, PLLC, Soho Managing Company, Jacques Jospitre, M.D., and Edward Ratush, M.D. (the "Soho MD Defendants") move the Court to set aside the default entered on May 8, 2026 (ECF No. 32). As set forth in the accompanying Memorandum, setting aside the entry of default is appropriate because the default was not willful, the Soho MD Defendants have a meritorious defense, and there would be no prejudice to the Plaintiff in setting aside the default.

WHEREFORE, Defendants Soho Medical Doctors, PLLC, Soho Managing Company, Jacques Jospitre, M.D., and Edward Ratush, M.D. respectfully move the Court to set aside the default entered against them pursuant to the Court's Order dated May 8, 2026, 2026 (ECF No. 32).

DEFENDANTS
SOHO MEDICAL DOCTORS, PLLC,
SOHO MANAGING COMPANY,
JACQUES JOSPITRE, M.D., AND
EDWARD RATUSH, M.D.

By: /s/ *Douglas J. Varga*

Douglas J. Varga, Esq. (ct18885)

Lucas & Varga LLC
2425 Post Road, Suite 200
Southport, CT 06890
Phone: (203) 227-8400
Fax: (203) 227-8402
dvarga@lucasvargalaw.com

Their Attorneys

**CERTIFICATION**

I hereby certify that on August 5, 2026, a copy of the foregoing Motion to Set Aside the Entry of Default was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Douglas J. Varga*
Douglas J. Varga (ct18885)